

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | No. 08-23-00188-CV |
|---|---|---|
| IN THE MATTER OF K.F.C. | § | Appeal from the |
| A JUVENILE. | § | 65th Judicial District Court |
| | § | Of El Paso County, Texas |
| | § | (TC# 2300060) |

## MEMORANDUM OPINION

Appellant, K.F.C., a juvenile, has filed a motion to voluntarily dismiss his appeal pursuant to TEX. R. APP. P. 42.1(a)(1). Attached to the motion is a statement signed by K.F.C. stating that he has been advised by his attorney regarding his right to appeal and he understands the consequences of dismissing his appeal. We conclude that this is sufficient to show that K.F.C. has knowingly waived his right to appeal. *See In re E.J.E.*, 557 S.W.3d 615, 617 (Tex. App.—El Paso 2017, opin. on motion) (holding that when a juvenile seeks to dismiss his appeal pursuant to Rule 42.1, the motion must be supported by a written waiver of the right to appeal in accordance with Section 51.09 of the Texas Family Code; requirement can be met by including the appropriate waiver language in the motion and having the juvenile sign the motion, or by attaching the juvenile's written waiver of the right to appeal as an exhibit to the motion to dismiss). Accordingly, we grant K.F.C.'s motion and dismiss the appeal.

We also dismiss the court reporter's motion for extension to file the record as moot.

YVONNE T. RODRIGUEZ, Chief Justice

August 7, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.